

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2015

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY, INC.**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that appellee Helvetia Asset Recovery, Inc. recover its costs of this appeal from appellant Burton Kahn.

It is so **ORDERED** on August 19, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2015.

_____
Keith E. Hottle, Clerk